

2013 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

4-16-2013

# In Re: Leon A. Kendall

Precedential or Non-Precedential: Precedential

Docket No. 11-4471

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2013

Recommended Citation

"In Re: Leon A. Kendall " (2013). *2013 Decisions*. Paper 896.
http://digitalcommons.law.villanova.edu/thirdcircuit_2013/896

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2013 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 11-4471
_____

IN RE THE HONORABLE LEON A. KENDALL,

Petitioner
_____

On Writ of Certiorari to the Supreme Court
of the Virgin Islands
Supreme Court Misc. No. 2009-0025

Argued December 6, 2012

Before: SMITH, HARDIMAN, and ROTH, *Circuit Judges*

(Filed: April 3, 2013)

_____

ORDER

_____

The opinion of this Court filed on April 3, 2013 is AMENDED on page 25 as follows: The year in the citation to *In re Judicial Misconduct*, 632 F.3d 1289, 1289 (9th Cir. Jud. Counc. 2001) (Kozinksi, C.J., sitting alone), which appears on page 25, is amended to read "2011."

By the Court:

/s/ D. Brooks Smith
U.S. Circuit Judge

DATED: April 16, 2013
NMR/cc:    Howard M. Cooper, Esq.
Joshua C. Gillette, Esq.
Julie E. Green, Esq.
Samuel H. Hall, Esq.
Lawrence S. Lustberg, Esq.